IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON L. CALLIER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-25-CV-134-KC |
| | § | |
| **McCREARY, VESELKA, BRAGG & ALLEN P.C.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered Plaintiff Brandon L. Callier's Notice of Voluntary Dismissal, ECF No. 12. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Notice, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the claims of any putative class members, which have not been certified, are **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 23(e).

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss, ECF No. 6 is **DENIED** as moot.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 17th day of September, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE